UNITED STATES DISTRICT COURT
EASTERN DISTRCIT OF MICHIGN
SOUTHERN DIVISION

Roy Ryans,

   PLAINTIFF,

vs.              Case No. 21-cv-10029
                Hon. Paul D. Borman

Ferrellgas, Inc.,
*a Delaware corporation,*

   DEFENDANT.

---

| **GASIOREK MORGAN** | **BODMAN PLC** |
|---|---|
| Ray Carey (P33266) | John T. Below (P48677) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 30500 Northwestern Hwy. Suite 425 | 201 W. Big Beaver Road, Suite 500 |
| Farmington Hills, MI 48334 | Troy, MI 48084 |
| T: (248) 865-0001 | T: (248) 743-6000 |
| F: (248) 865-0002 | F: (248) 743-6002 |
| rcarey@work-lawyers.com | jbelow@bodmanlaw.com |

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

 This matter having come before the Court, upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

 **IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed with prejudice and without costs, interest, or attorney fees to any party;

 THIS IS A FINAL ORDER DISPOSING OF ALL CLAIMS AND CLOSING THE CASE.

**IT IS SO ORDERED.**

                                                   s/Paul D. Borman  
                                                   HON. PAUL D. BORMAN  
                                                   U.S. DISTRICT COURT JUDGE

Dated: August 29, 2023

STIPULATED TO ENTRY OF ORDER

    We hereby stipulate to the entry of the above Order.

By:   /s/*Ray J. Carey*                       By: *ced/s/John T. Below (with consent)*  
    **RAY J. CAREY (P33266)**                **JOHN T. BELOW (P48677)**  
    Attorneys for Plaintiff                        Attorneys for Defendant